DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY MARSHALL,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** not in its individual capacity but solely as owner trustee of **THE ASPEN INCOME TRUST, A DELAWARE STATUTORY TRUST,** et al.,
Appellee.

No. 4D2025-2538

[March 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 062022CA011945AXXXCE.

Anthony Marshall, Eatonville, pro se.

Sean K. Mills of MBK Chapman PC, Orlando, for appellee Wilmington Savings Fund Society, FSB.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979); *see also Duest v. Dugger*, 555 So. 2d 849, 852 (Fla. 1990) ("The purpose of an appellate brief is to present arguments in support of the points on appeal. Merely making reference to arguments below without further elucidation does not suffice to preserve issues, and these claims are deemed to have been waived.").

LEVINE, FORST and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***